# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Christoper Donald Cordulack, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:24-cv-00239-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| The Wal-Mart Corporation, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2024 Order.

November 14, 2024

_____

Katherine Hord Simon, Clerk
United States District Court